IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMY ROWLEY, and SHANE KENDALL,<br><br>Plaintiffs,<br>v.<br><br>KINGSLEY MANAGEMENT CORPORATION, and MAJESTIC MEADOWS LLC,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Civil Case No. 2:24-CV-725-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

On May 12, 2025, Defendant Kinglsey Management filed a Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 22]. On May 23, 2025, Plaintiffs filed a Motion for Leave to File Second Amended Complaint [ECF No. 28]. Although the parties have filed motions for extensions of time to file an Answer and to file a reply in support of Defendant's motion to dismiss, the parties have not extended the time for filing an opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint. The time for opposing Plaintiff's Motion for Leave to File Second Amended Complaint has passed. Based on the lack of opposition and for good cause shown, the court GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF No. 28]. Plaintiffs shall file the proposed Second Amended Complaint attached to their motion within ten (10) days of the date of this Order.

The court concludes that the Motion to Dismiss is moot because it was filed in relation to the Amended Complaint. Accordingly, Defendant's Motion to Dismiss [ECF No. 22] is DENIED AS MOOT because of the Second Amended Complaint. Defendant may file a new

motion to dismiss in relation to the Second Amended Complaint if the alleged grounds for doing so still exist.

DATED this 8th day of July 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge